**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Central New York Raceway Park, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4144363** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **145 US Route 11**<br>**Central Square, NY 13036**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Oswego**<br>County | **Location of principal assets, if different from principal place of business**<br>**Oswego Coutny**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Central New York Raceway Park, Inc.**                                    Case number (*if known*) _____
            Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **7948**

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
                                                                                                       ☐ Yes.
If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor  **Central New York Raceway Park, Inc.**                                    Case number (*if known*) _____
Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____  Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

---

**13.** **Debtor's estimation of available funds**     .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Central New York Raceway Park, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2023**
                MM / DD / YYYY

X **/s/ Glenn Donnelly**                                  **Glenn Donnelly**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Scott J. Bogucki**                                Date **May 29, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Scott J. Bogucki**
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm name

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone    **(716) 845-6446**        Email address

**4747366 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Central New York Raceway Park, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2023**          X **/s/ Glenn Donnelly**
                                             Signature of individual signing on behalf of debtor

                                          **Glenn Donnelly**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Central New York Raceway Park, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bleacher Builders, Inc.** 2710 South Blaine Street Muncie, IN 47302 | | **Business debt** | **Unliquidated Disputed** | | | $1.00 |
| **Building Energy Solutions, LLC** 4133 Griffin Rd. Syracuse, NY 13215 | | **Vendor debt (time barred)** | **Disputed** | | | $1,875.00 |
| **CHA Consulting, Inc.** 575 Broadway, Suite 301 Albany, NY 12207 | | **Tort litigation** | **Unliquidated Disputed** | | | $250,000.00 |
| **Clough Harbor & Associates** 441 S. Salina St. Syracuse, NY 13202 | | **Vendor debt** | **Contingent Disputed** | | | $525,693.00 |
| **Daniel A. Testa III Testa Law Firm** 198 Genesee Street Auburn, NY 13021 | | **Judgement** | **Contingent** | $18,578.00 | $5,075,000.00 | $18,578.00 |
| **Earth Dimensions, Inc.** 1091 Jamison Rd. Elma, NY 14059 | | **Vendor debt (time barred)** | **Disputed** | | | $240.00 |
| **EFA Partners, LLC** 1205 Johnson Ferry Rd. Marietta, GA 30068 | | **Vendor debt (time barred)** | **Disputed** | | | $10,000.00 |
| **Epsilon Associates, Inc.** 3 Clock Tower Place, Suite 250 Maynard, MA 01754 | | **Vendor debt (time barred)** | **Disputed** | | | $6,289.00 |

| Debtor | **Central New York Raceway Park, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Generations Bank 20 South Street Glens Falls, NY 12801** | | **Commercial loan** | **Disputed** | | | **$1.00** |
| **Harris Beach, PLLC 333 West Washington Street Suite 200 Syracuse, NY 13202** | | **Legal services** | **Unliquidated** | | | **$1.00** |
| **JPW Riggers, Inc. 6376 Thompson Rd. Syracuse, NY 13206** | | **Vendor debt (time barred)** | **Disputed** | | | **$7,200.00** |
| **Lake Architectural 24 Maple St. Marcellus, NY 13108** | | **Vendor debt** | **Disputed** | | | **$122,720.00** |
| **M.R. Gaebel, Inc. PO Box 69 Carthage, NY 13619** | | **Accounting services** | **Unliquidated** | | | **$1.00** |
| **Michael Fogel, Esq. Fogel & Brown, P.C. 120 Madison Street, Suite 1620 Syracuse, NY 13202** | | **Legal services** | **Unliquidated** | | | **$1.00** |
| **NYS Department of Transportation 50 Wolf Rd Albany, NY 12232** | | **Civil penalties** | | | | **$45,437.00** |
| **NYS Dept. of Environmental Conservation 625 Broadway Albany, NY 12233-1011** | | **Breach of Settlement Civil penalties** | **Contingent Unliquidated** | | | **$1,240,000.00** |
| **Paul J. Olszewski P.O. Box 336 Camillus, NY 13031** | | **Vendor debt (time barred)** | **Disputed** | | | **$6,512.00** |
| **Plan & Print PO Box 218 East Syracuse, NY 13057** | | **Vendor debt (time barred)** | **Disputed** | | | **$15,957.00** |
| **SLE Insurance Brokerage, LLC 950 West Monroe Street Jackson, MI 49202** | | **Judgment** | | **$8,873.00** | **$5,075,000.00** | **$8,873.00** |
| **Venue Strategies, LLC 200 Park Avenue Suite 1700 New York, NY 10166** | | **Business services** | **Unliquidated** | | | **$1.00** |

**Fill in this information to identify the case:**

Debtor name   **Central New York Raceway Park, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order** all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| **2.1** | **Central Square CSD** | Describe debtor's property that is subject to a lien | $80,896.00 | $5,075,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**144.9 acres located at:**

**220 US Rt 11**
**Town of Hastings**
**Village of Central Square**
**County of Oswego**
**State of New York**
**Tax Map ID #: 293.00-03-06**

Creditor's mailing address
**PO Box 5270, Dept.**
**#117066**
**Binghamton, NY 13902**

**Describe the lien**
**Real Property Tax Arrears**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Oswego County Treasurer**
**2. Town of Hastings**
**3. Central Square CSD**
**4. Generations Bank**
**5. Generations Bank**
**6. Daniel A. Testa III**
**7. SLE Insurance Brokerage, LLC**

| **2.2** | **Daniel A. Testa III** | Describe debtor's property that is subject to a lien | $18,578.00 | $5,075,000.00 |
|---|---|---|---|---|

Debtor   **Central New York Raceway Park, Inc.**                    Case number (if known) _____
_____
Name

Creditor's Name                    **144.9 acres located at:**

**220 US Rt 11**
**Town of Hastings**
**Village of Central Square**
**County of Oswego**
**State of New York**
**Testa Law Firm**               **Tax Map ID #: 293.00-03-06**
**198 Genesee Street**
**Auburn, NY 13021**
Creditor's mailing address         **Describe the lien**
**Judgement**
Is the creditor an insider or related party?
■ No
Creditor's email address, if known  ☐ Yes
Is anyone else liable on this claim?
**Date debt was incurred**          ■ No
**2022**                            ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

**Do multiple creditors have an**   As of the petition filing date, the claim is:
**interest in the same property?**  Check all that apply
☐ No                              ■ Contingent
■ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.3 | **Generations Bank** | Describe debtor's property that is subject to a lien | $542,963.00 | $5,075,000.00 |

Creditor's Name                    **144.9 acres located at:**

**220 US Rt 11**
**Town of Hastings**
**Village of Central Square**
**County of Oswego**
**State of New York**
**20 South Street**              **Tax Map ID #: 293.00-03-06**
**Glens Falls, NY 12801**
Creditor's mailing address         **Describe the lien**
**Mortgage**
Is the creditor an insider or related party?
■ No
Creditor's email address, if known  ☐ Yes
Is anyone else liable on this claim?
**Date debt was incurred**          ☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

**Do multiple creditors have an**   As of the petition filing date, the claim is:
**interest in the same property?**  Check all that apply
☐ No                              ☐ Contingent
■ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.1**

---

| 2.4 | **Generations Bank** | Describe debtor's property that is subject to a lien | $111,534.00 | $5,075,000.00 |

Debtor    **Central New York Raceway Park, Inc.**                              Case number (if known) _____
                   Name

| | |
|---|---|
| Creditor's Name | **144.9 acres located at:** |
| | **220 US Rt 11**<br>**Town of Hastings**<br>**Village of Central Square**<br>**County of Oswego**<br>**State of New York**<br>**Tax Map ID #: 293.00-03-06** |
| **20 South Street**<br>**Glens Falls, NY 12801** | |
| Creditor's mailing address | Describe the lien<br>**Real Property tax arrears** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2019+** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| Last 4 digits of account number | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| | | | |
|---|---|---|---|
| 2.5 | **Oswego County Treasurer** | Describe debtor's property that is subject to a lien | $49,971.00 | $5,075,000.00 |
| | Creditor's Name | **144.9 acres located at:** | | |
| | | **220 US Rt 11**<br>**Town of Hastings**<br>**Village of Central Square**<br>**County of Oswego**<br>**State of New York**<br>**Tax Map ID #: 293.00-03-06** | | |
| | **46 East Bridge St.**<br>**Oswego, NY 13126** | | | |
| | Creditor's mailing address | Describe the lien<br>**Real Property Tax Arrears** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Specified on line 2.1** | | | |

---

| | | | |
|---|---|---|---|
| 2.6 | **SLE Insurance Brokerage, LLC** | Describe debtor's property that is subject to a lien | $8,873.00 | $5,075,000.00 |

Debtor **Central New York Raceway Park, Inc.** _____    Case number (if known) _____
Name

Creditor's Name

**144.9 acres located at:**

**220 US Rt 11**
**Town of Hastings**
**Village of Central Square**
**County of Oswego**
**State of New York**
**Tax Map ID #: 293.00-03-06**

**950 West Monroe Street**
**Jackson, MI 49202**
Creditor's mailing address

**Describe the lien**

**Judgment**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2018**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Town of Hastings** | Describe debtor's property that is subject to a lien | $5,663.00 | $5,075,000.00 |

Creditor's Name

**144.9 acres located at:**

**220 US Rt 11**
**Town of Hastings**
**Village of Central Square**
**County of Oswego**
**State of New York**
**Tax Map ID #: 293.00-03-06**

**Attn: Michael Maxwell**
**1134 US Rt 11**
**Central Square, NY 13036**
Creditor's mailing address

**Describe the lien**

**Real Property tax arrears**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2017+**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $818,478.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **Central New York Raceway Park, Inc.**

Name

Case number (if known)

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Daniel A. Testa III** **Testa Law Firm** **198 Genesee STreet** **Auburn, NY 13021** | Line __2.3__ | |

**Fill in this information to identify the case:**

Debtor name __**Central New York Raceway Park, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300,000.00** |
|---|---|---|---|
|  | **Amie J. Wilkinson** | ☐ Contingent | |
|  | **11432 Misty Meadows Drive** | ☐ Unliquidated | |
|  | **Cato, NY 13033** | ☐ Disputed | |
|  | Date(s) debt was incurred ___ | **Basis for the claim:** __Equity Interest__ | |
|  | Last 4 digits of account number ___ | __3.12% (approx)__ | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|
|  | **Bleacher Builders, Inc.** | ☐ Contingent | |
|  | **2710 South Blaine Street** | ■ Unliquidated | |
|  | **Muncie, IN 47302** | ■ Disputed | |
|  | Date(s) debt was incurred __2018__ | **Basis for the claim:** __Business debt__ | |
|  | Last 4 digits of account number ___ | | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,875.00** |
|---|---|---|---|
|  | **Building Energy Solutions, LLC** | ☐ Contingent | |
|  | **4133 Griffin Rd.** | ☐ Unliquidated | |
|  | **Syracuse, NY 13215** | ■ Disputed | |
|  | Date(s) debt was incurred __~2016__ | **Basis for the claim:** __Vendor debt__ | |
|  | Last 4 digits of account number ___ | __(time barred)__ | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|
|  | **Carl Myers** | ☐ Contingent | |
|  | **6050 State Rt 15 A** | ☐ Unliquidated | |
|  | **Spring Water, NY 14560** | ☐ Disputed | |
|  | Date(s) debt was incurred ___ | **Basis for the claim:** __Equity Interest__ | |
|  | Last 4 digits of account number ___ | __10.39% (approx)__ | |
|  | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Central New York Raceway Park, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**CHA Consulting, Inc.**
**575 Broadway, Suite 301**
**Albany, NY 12207**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** _

Basis for the claim: **Tort litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,120.00** |
|---|---|---|---|

**Chuck Mancabelli, Sr.**
**100 Tarolli Dr.**
**Solvay, NY 13209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Equity Interest 1.93% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525,693.00** |
|---|---|---|---|

**Clough Harbor  & Associates**
**441 S. Salina St.**
**Syracuse, NY 13202**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Daniel J. Emmi**
**358 North Hoopes Ave.**
**Auburn, NY 13021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Equity Interest 1.04% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Daniel Wilkinson**
**41 Utica**
**St. Port Byron, NY 13140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Equity Interest 5.19% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**David J. Martell**
**8337 Parker House Path**
**Cicero, NY 13039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Equity Interest 1.04% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**David Junod**
**6250 Henryk Woods Rd.**
**Cicero, NY 13039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Equity Interest 0.42% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**David Lamphere**
**4960 Tinderbox Circle**
**Manlius, NY 13104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Equity Interest 0.10% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**Earth Dimensions, Inc.**
**1091 Jamison Rd.**
**Elma, NY 14059**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **~2016**

Last 4 digits of account number _

Basis for the claim: **Vendor debt (time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Edward N. Shirley**
**7446 Song Lake Rd**
**Tully, NY 13159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Equity Interest TBD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**EFA Partners, LLC**
**1205 Johnson Ferry Rd.**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **~2016**

Last 4 digits of account number _

Basis for the claim: **Vendor debt (time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,289.00 |
|---|---|---|---|

**Epsilon Associates, Inc.**
**3 Clock Tower Place, Suite 250**
**Maynard, MA 01754**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **~2016**

Last 4 digits of account number _

Basis for the claim: **Vendor debt (time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,910.00 |
|---|---|---|---|

**Fleur De-Lis Series**
**c/o Richard Riccelli, Sr.**
**6131 Taft Rd.**
**North Syracuse, NY 13212-2525**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **~2016**

Last 4 digits of account number _

Basis for the claim: **Vendor debt (time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,146.00 |
|---|---|---|---|

**Gary E. Rowe**
**22534 Wayside Drive**
**Watertown, NY 13601**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  ~2016**

**Last 4 digits of account number _**

Basis for the claim:  **Vendor debt**
**(time barred)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Gary Rowe**
**22534 Wayside Drive**
**Watertown, NY 13601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim:  **Equity Interest**
**2.08% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Generations Bank**
**20 South Street**
**Glens Falls, NY 12801**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim:  **Commercial loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Gerald W Henderberg, Jr.**
**523 Turin St.**
**Rome, NY 13440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim:  **Equity Interest**
**0.31% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,468,620.00 |
|---|---|---|---|

**Glenn Donnelly**
**3330 Clinton Rd.**
**Weedsport, NY 13166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim:  **Equity Interest**
**15.25% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**Greg Rigby**
**724 Owasco St.**
**Auburn, NY 13021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim:  **Equity Interest**
**5.19% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160,000.00** |
|---|---|---|---|

**Gregg A. Kidd**
**4515 Spruce Ridge Dr.**
**Manlius, NY 13104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest**
**1.66% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Harris Beach, PLLC**
**333 West Washington Street**
**Suite 200**
**Syracuse, NY 13202**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022+**

**Last 4 digits of account number** _

Basis for the claim:  **Legal services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|

**James F. Quinn**
**8236 Lake St. Ext.**
**Sodus Point, NY 14555**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest**
**5.19% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**James F. Wilkinson**
**11432 Misty Meadows Drive**
**Cato, NY 13033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest**
**3.12% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,500.00** |
|---|---|---|---|

**James Gamble**
**501 Crandon Terrace**
**Baldwinsville, NY 13027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest**
**0.32% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**James Rowe**
**195 Baum Rd.**
**Hastings, NY 13076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest**
**0.62% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Jeffrey D. Lamphere**
**228 Cayuga Drive**
**Lansing, NY 14882**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest 0.31% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**John Hooker**
**9947 Valley Rd.**
**Dansville, NY 14437**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest 2.08% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Lehmann**
**104 Roxbury Rd.**
**Kirkville, NY 13082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest 1.04% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**John LiPari**
**PO Box 218**
**E. Syracuse, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest 0.52% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**John Pesce**
**4913 Orangeport Rd.**
**Brewerton, NY 13029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest 2.08% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**John Scollan**
**107 Lake Ave.**
**Abuburn, NY 13021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Equity Interest 0.10% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,300.00 |
|---|---|---|---|

**Jordan Dahl**
**5629 Estates Drive**
**North Port, FL 34291**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**
**0.35% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,500.00 |
|---|---|---|---|

**Joseph Masella**
**989 James St., Apt 7G**
**Syracuse, NY 13203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**
**0.39% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Josh Becker**
**8660 Bayview Dr.**
**Cicero, NY 13039**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**
**0.52% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

**JPW Riggers, Inc.**
**6376 Thompson Rd.**
**Syracuse, NY 13206**

Date(s) debt was incurred  **~2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Vendor debt**
**(time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Kevin McClelland**
**218 Milton Ave.**
**Syracuse, NY 13204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Equity Interest**
**0.05% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Kurt Barnes**
**302 Pops Hobby Lake Rd**
**Brackney, PA 18812**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**
**1.04% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,720.00**

**Lake Architectural**
**24 Maple St.**
**Marcellus, NY 13108**

Date(s) debt was incurred  **~2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor debt**
**(time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,659,185.00**

**Lan-Co Companies, Inc.**
**7330 Eastman Rd**
**North Syracuse, NY 13212**

Date(s) debt was incurred  **~2016+**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Liberty Welding & Radiator, Inc.**
**41 Utica St.**
**Port Byron, NY 13140**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity Interest**
**0.52% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**M.R. Gaebel, Inc.**
**PO Box 69**
**Carthage, NY 13619**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Mark Fiorini**
**4 Angelica Court**
**Baldwinsville, NY 13027**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity Interest**
**0.26% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00**

**Mark Kolceski**
**7440 Kingdom Rd.**
**Baldwinsville, NY 13027**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity Interest**
**1.04% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Michael Brooks**
**5562 Silver Street Road**
**Auburn, NY 13021**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity Interest**
**0.10% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Central New York Raceway Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.49**

Nonpriority creditor's name and mailing address

**Michael D. Cominsky**
**137 Bay Shore Drive**
**PO Box 163**
**Old Forge, NY 13420**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity Interest**
**0.35% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,300.00**

---

**3.50**

Nonpriority creditor's name and mailing address

**Michael Fogel, Esq.**
**Fogel & Brown, P.C.**
**120 Madison Street, Suite 1620**
**Syracuse, NY 13202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.51**

Nonpriority creditor's name and mailing address

**Mickey Lorber**
**529 Meadow Wood Dr.**
**North Syracuse, NY 13212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity Interest**
**0.52% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.52**

Nonpriority creditor's name and mailing address

**NYS Department of Transportation**
**50 Wolf Rd**
**Albany, NY 12232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil penalties**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,437.00**

---

**3.53**

Nonpriority creditor's name and mailing address

**NYS Dept. of Environmental Conservation**
**625 Broadway**
**Albany, NY 12233-1011**

Date(s) debt was incurred  **2016+**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of Settlement**
**Civil penalties**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,240,000.00**

---

**3.54**

Nonpriority creditor's name and mailing address

**Patrick Donnelly Emergency Media, Inc.**
**3304 Clinton Rd.**
**Weedsport, NY 13166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equity Interest**
**1.04% (approx)**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**Patrick M. Olmstead**
**PO Box 266**
**Jordon, NY 13080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**
**0.31% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,512.00**

**Paul J. Olszewski**
**P.O. Box 336**
**Camillus, NY 13031**

Date(s) debt was incurred **~2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Vendor debt**
**(time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

**Paul M. Joynt**
**7709 Totman Road North**
**Syracuse, NY 13212**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**
**2.60% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Peter Argetsinger**
**2661 CR 17**
**Watkins Glen, NY 14891**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**
**1.04% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00**

**Peter Maclulewicz**
**5918 Oakridge Rd**
**Auburn, NY 13021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equity Interest**
**5.19% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,957.00**

**Plan & Print**
**PO Box 218**
**East Syracuse, NY 13057**

Date(s) debt was incurred **~2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Vendor debt**
**(time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Central New York Raceway Park, Inc.**                                     Case number (if known) _____
_____
Name

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |

**Ralph Stoppiello**
**1722 Creekwater Blvd.**
**Port Orange, FL 32128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity Interest**

Last 4 digits of account number _        **TBD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |

**Riccelli Enterprises, Inc.**
**PO Box 6418**
**Syracuse, NY 13217**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity Interest**

Last 4 digits of account number _        **0.52% (approx)**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |

**Richard J. Martell**
**4929 Orangeport Rd.**
**Brewerton, NY 13029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity Interest**

Last 4 digits of account number _        **0.42% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Rick Galbato**
**15 Prentiss Drive**
**Skaneateles, NY 13152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity Interest**

Last 4 digits of account number _        **0.26% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**RJ Caruso Tax & Accounting Romey Caruso**
**364 East Ave.**
**Oswego, NY 13126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity Interest**

Last 4 digits of account number _        **0.52% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00** |

**Robert  F. Cuculich**
**4965 Nestling Duck**
**Liverpool, NY 13090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equity Interest**

Last 4 digits of account number _        **0.68% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Robert Cuculich**
**4965 Nestling Duck**
**Liverpool, NY 13090**

**Date(s) debt was incurred  ~2016**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Vendor debt (time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|

**Robert J. Lutz**
**6025 Victory Ln SW**
**Concord, NC 28027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Equity Interest 3.64% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,000.00** |
|---|---|---|---|

**Robert Lutz**
**6025 Victory Ln SW**
**Concord, NC 28027**

**Date(s) debt was incurred  ~2016**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Vendor debt (time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Sara A Szymanski**
**7716 Totman Road**
**North Syracuse, NY 13212**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Equity Interest 2.60% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Scott F Chatfield**
**PO Box 70**
**Marietta, NY 13110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Equity Interest 2.08% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|

**Shawn DiSanto**
**2018 Crane Brook Dr.**
**Auburn, NY 13021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Equity Interest 0.08% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Central New York Raceway Park, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Stephen Fauer**
**8442 Prestwick Dr.**
**Manlius, NY 13104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Equity Interest**
**0.08% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**The NYSA Series Trust**
**4515 Spruce Ridge Dr.**
**Manlius, NY 13104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Equity Interest**
**TBD**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Todd Town**
**7786 Vicki Lane**
**Baldwinsville, NY 13027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Equity Interest**
**5.19% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Tony Komuda  Jr.**
**7786 Vicki Lane**
**Baldwinsville, NY 13027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Equity Interest**
**5.19% (approx)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,721.00** |
|---|---|---|---|

**Town Mechanical, Inc.**
**7786 Vicki Lane**
**Baldwinsville, NY 13027**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred  ~2016**

**Last 4 digits of account number** _

**Basis for the claim:** **Vendor debt**
**(time barred)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Venue Strategies, LLC**
**200 Park Avenue  Suite 1700**
**New York, NY 10166**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Business services**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **Central New York Raceway Park, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amie J. Wilkinson**<br>**11432 Misty Meadows Drive**<br>**Cato, NY 13033** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Edward J. Sheats, Esq.**<br>**Sheats & Bailey, PLLC**<br>**P.O. Box 586**<br>**Liverpool, NY 13088** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Margaret Sheen**<br>**Reginal Attorney NYS DEC**<br>**5786 Widewaters Parkway**<br>**Syracuse, NY 13214** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **New York State DEC**<br>**615 Erie Blvd. W**<br>**Syracuse, NY 13204** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 13,732,235.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 13,732,235.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re    **Central New York Raceway Park, Inc.** _____ ,

Debtor                              Case No.

Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**45-4144363**
_____

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Scott J. Bogucki**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    **May 29, 2023** _____

**/s/ Scott J. Bogucki** _____
**Scott J. Bogucki**
Attorney for Debtor/Petitioner
(Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Amie J. Wilkinson
11432 Misty Meadows Drive
Cato, NY 13033

Bleacher Builders, Inc.
2710 South Blaine Street
Muncie, IN 47302

Building Energy Solutions, LLC
4133 Griffin Rd.
Syracuse, NY 13215

Carl Myers
6050 State Rt 15 A
Spring Water, NY 14560

Central Square CSD
PO Box 5270, Dept. #117066
Binghamton, NY 13902

CHA Consulting, Inc.
575 Broadway, Suite 301
Albany, NY 12207

Chuck Mancabelli, Sr.
100 Tarolli Dr.
Solvay, NY 13209

Clough Harbor  & Associates
441 S. Salina St.
Syracuse, NY 13202

Daniel A. Testa III
Testa Law Firm
198 Genesee Street
Auburn, NY 13021

Daniel J. Emmi
358 North Hoopes Ave.
Auburn, NY 13021

Daniel Wilkinson
41 Utica
St. Port Byron, NY 13140

David J. Martell
8337 Parker House Path
Cicero, NY 13039

David Junod
6250 Henryk Woods Rd.
Cicero, NY 13039

David Lamphere
4960 Tinderbox Circle
Manlius, NY 13104

Earth Dimensions, Inc.
1091 Jamison Rd.
Elma, NY 14059

Edward J. Sheats, Esq.
Sheats & Bailey, PLLC
P.O. Box 586
Liverpool, NY 13088

Edward N. Shirley
7446 Song Lake Rd
Tully, NY 13159

EFA Partners, LLC
1205 Johnson Ferry Rd.
Marietta, GA 30068

Epsilon Associates, Inc.
3 Clock Tower Place, Suite 250
Maynard, MA 01754

Fleur De-Lis Series
c/o Richard Riccelli, Sr.
6131 Taft Rd.
North Syracuse, NY 13212-2525

Gary E. Rowe
22534 Wayside Drive
Watertown, NY 13601

Gary Rowe
22534 Wayside Drive
Watertown, NY 13601

Generations Bank
20 South Street
Glens Falls, NY 12801


Gerald W Henderberg, Jr.
523 Turin St.
Rome, NY 13440


Glenn Donnelly
3330 Clinton Rd.
Weedsport, NY 13166


Greg Rigby
724 Owasco St.
Auburn, NY 13021


Gregg A. Kidd
4515 Spruce Ridge Dr.
Manlius, NY 13104


Harris Beach, PLLC
333 West Washington Street
Suite 200
Syracuse, NY 13202


James F. Quinn
8236 Lake St. Ext.
Sodus Point, NY 14555


James F. Wilkinson
11432 Misty Meadows Drive
Cato, NY 13033


James Gamble
501 Crandon Terrace
Baldwinsville, NY 13027


James Rowe
195 Baum Rd.
Hastings, NY 13076


Jeffrey D. Lamphere
228 Cayuga Drive
Lansing, NY 14882

John Hooker
9947 Valley Rd.
Dansville, NY 14437


John Lehmann
104 Roxbury Rd.
Kirkville, NY 13082


John LiPari
PO Box 218
E. Syracuse, NY 13057


John Pesce
4913 Orangeport Rd.
Brewerton, NY 13029


John Scollan
107 Lake Ave.
Abuburn, NY 13021


Jordan Dahl
5629 Estates Drive
North Port, FL 34291


Joseph Masella
989 James St., Apt 7G
Syracuse, NY 13203


Josh Becker
8660 Bayview Dr.
Cicero, NY 13039


JPW Riggers, Inc.
6376 Thompson Rd.
Syracuse, NY 13206


Kevin McClelland
218 Milton Ave.
Syracuse, NY 13204


Kurt Barnes
302 Pops Hobby Lake Rd
Brackney, PA 18812

Lake Architectural
24 Maple St.
Marcellus, NY 13108


Lan-Co Companies, Inc.
7330 Eastman Rd
North Syracuse, NY 13212


Liberty Welding & Radiator, Inc.
41 Utica St.
Port Byron, NY 13140


M.R. Gaebel, Inc.
PO Box 69
Carthage, NY 13619


Margaret Sheen
Reginal Attorney NYS DEC
5786 Widewaters Parkway
Syracuse, NY 13214


Mark Fiorini
4 Angelica Court
Baldwinsville, NY 13027


Mark Kolceski
7440 Kingdom Rd.
Baldwinsville, NY 13027


Michael Brooks
5562 Silver Street Road
Auburn, NY 13021


Michael D. Cominsky
137 Bay Shore Drive
PO Box 163
Old Forge, NY 13420


Michael Fogel, Esq.
Fogel & Brown, P.C.
120 Madison Street, Suite 1620
Syracuse, NY 13202

Mickey Lorber
529 Meadow Wood Dr.
North Syracuse, NY 13212


New York State DEC
615 Erie Blvd. W
Syracuse, NY 13204


NYS Department of Transportation
50 Wolf Rd
Albany, NY 12232


NYS Dept. of Environmental Conservation
625 Broadway
Albany, NY 12233-1011


Oswego County Treasurer
46 East Bridge St.
Oswego, NY 13126


Patrick Donnelly Emergency Media, Inc.
3304 Clinton Rd.
Weedsport, NY 13166


Patrick M. Olmstead
PO Box 266
Jordon, NY 13080


Paul J. Olszewski
P.O. Box 336
Camillus, NY 13031


Paul M. Joynt
7709 Totman Road North
Syracuse, NY 13212


Peter Argetsinger
2661 CR 17
Watkins Glen, NY 14891


Peter Maclulewicz
5918 Oakridge Rd
Auburn, NY 13021

Plan & Print
PO Box 218
East Syracuse, NY 13057


Ralph Stoppiello
1722 Creekwater Blvd.
Port Orange, FL 32128


Riccelli Enterprises, Inc.
PO Box 6418
Syracuse, NY 13217


Richard J. Martell
4929 Orangeport Rd.
Brewerton, NY 13029


Rick Galbato
15 Prentiss Drive
Skaneateles, NY 13152


RJ Caruso Tax & Accounting Romey Caruso
364 East Ave.
Oswego, NY 13126


Robert  F. Cuculich
4965 Nestling Duck
Liverpool, NY 13090


Robert Cuculich
4965 Nestling Duck
Liverpool, NY 13090


Robert J. Lutz
6025 Victory Ln SW
Concord, NC 28027


Robert Lutz
6025 Victory Ln SW
Concord, NC 28027


Sara A Szymanski
7716 Totman Road
North Syracuse, NY 13212

Scott F Chatfield
PO Box 70
Marietta, NY 13110


Shawn DiSanto
2018 Crane Brook Dr.
Auburn, NY 13021


SLE Insurance Brokerage, LLC
950 West Monroe Street
Jackson, MI 49202


Speedway Specialty Sales, Inc.
P.O. Box 240
Weedsport, NY 13166


Stephen Fauer
8442 Prestwick Dr.
Manlius, NY 13104


The NYSA Series Trust
4515 Spruce Ridge Dr.
Manlius, NY 13104


Todd Town
7786 Vicki Lane
Baldwinsville, NY 13027


Tony Komuda  Jr.
7786 Vicki Lane
Baldwinsville, NY 13027


Town Mechanical, Inc.
7786 Vicki Lane
Baldwinsville, NY 13027


Town of Hastings
Attn: Michael Maxwell
1134 US Rt 11
Central Square, NY 13036


Venue Strategies, LLC
200 Park Avenue  Suite 1700
New York, NY 10166

# United States Bankruptcy Court
### Northern District of New York

In re   **Central New York Raceway Park, Inc.** _____   Case No. _____
                                          Debtor(s)            Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Central New York Raceway Park, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 29, 2023** _____
Date

/s/ Scott J. Bogucki _____
**Scott J. Bogucki**
Signature of Attorney or Litigant
Counsel for   **Central New York Raceway Park, Inc.** _____
**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax:(716) 845-6475**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In re

      Central New York Raceway Park, Inc.,

      Debtor.

_____

Chapter 11 - Sub-chapter V

Tax I.D. No. 45-4144363

Case No.: 1-23-_____

Assigned Judge: _____

**DEBTOR'S DECLARATION REGARDING ITS DUTY TO PROVIDE
CERTAIN FINANCIAL STATEMENTS AS REQUIRED UNDER 11 U.S.C. §1116(1)**

      The Debtor-In-Possession, Central New York Raceway Park, Inc. (the "Debtor") hereby affirms:

      1.     The Debtor filed its voluntary petition for relief under Chapter 11 on May ___, 2023 (hereinafter, the "Filing").

      2.     The Debtor is a privately-owned corporation, with its principal place of business in Central Squaret, New York and its principal assets located in Oswego County. The Debtor is in the business of owning and developing a race track Motorplex and activities incidental thereto.

      3.     The Debtor is a small business as defined by §101(51C) of the United States Bankruptcy Code.

      4.     This Affidavit is submitted regarding Debtor's duty to append to its Petition copies of certain financial statements, including its most recent balance sheet, statement of operations and cash-flow statement as required under 11 U.S.C. §1116(1).

      5.     The Debtor hereby exclaims that, to date, the Debtor has not prepared a balance sheet, statement of operations, cash-flow statement; however, the last filed tax return is appended to the bankruptcy petition.

DATED: May 29, 2023

                                                   **/s/ Glenn Donnelly**

                                                   _____

                                                   Glenn Donnelly
                                                   President

Form **1120**
Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2021 or tax year beginning _____, 2021, ending _____, 20 _____

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2021**

| A Check if: | | | |
|---|---|---|---|
| **1a** Consolidated return (attach Form 851) ☐ | | | |

TYPE OR PRINT

**Name**
Central New York Raceway Park, Inc.

**B Employer identification number**
45-4144363

**b** Life/nonlife consolidated return . ☐
**2** Personal holding co. (attach Sch. PH) . ☐
**3** Personal service corp. (see instructions) . ☐

Number, street, and room or suite no. If a P.O. box, see instructions.
c/o M.R. Gaebel, Inc. PO Box 69

**C Date incorporated**
01/03/2012

City or town, state or province, country, and ZIP or foreign postal code
Carthage                                      NY  13619

**D Total assets (see instructions)**
$         4,476

**4** Schedule M-3 attached ☐

**E** Check if: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change

### Income

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales . . . . . . . . | **1a** | |
| **b** | Returns and allowances . . . . . . . . | **1b** | |
| **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . | **1c** | |
| **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . | **2** | |
| **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | **3** | |
| **4** | Dividends and inclusions (Schedule C, line 23) . . . . . . . . . | **4** | |
| **5** | Interest . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Gross rents . . . . . . . . . . . . . . . . | **6** | 15,000 |
| **7** | Gross royalties . . . . . . . . . . . . . . . | **7** | |
| **8** | Capital gain net income (attach Schedule D (Form 1120)) . . . . . | **8** | |
| **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . | **9** | |
| **10** | Other income (see instructions—attach statement) . . . . . . . | **10** | |
| **11** | **Total income.** Add lines 3 through 10 . . . . . . . . . . ▶ | **11** | 15,000 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| **12** | Compensation of officers (see instructions—attach Form 1125-E) . . . | **12** | |
| **13** | Salaries and wages (less employment credits) . . . . . . . . | **13** | |
| **14** | Repairs and maintenance . . . . . . . . . . . . . . | **14** | 10,499 |
| **15** | Bad debts . . . . . . . . . . . . . . . . . | **15** | |
| **16** | Rents . . . . . . . . . . . . . . . . . . | **16** | |
| **17** | Taxes and licenses . . . . . . . . . . . . . . . | **17** | 404 |
| **18** | Interest (see instructions) . . . . . . . . . . . . . . | **18** | 121 |
| **19** | Charitable contributions . . . . . . . . . . . . . . | **19** | |
| **20** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | **20** | |
| **21** | Depletion . . . . . . . . . . . . . . . . . | **21** | |
| **22** | Advertising . . . . . . . . . . . . . . . . . | **22** | |
| **23** | Pension, profit-sharing, etc., plans . . . . . . . . . . . | **23** | |
| **24** | Employee benefit programs . . . . . . . . . . . . . | **24** | |
| **25** | Reserved for future use . . . . . . . . . . . . . . | **25** | |
| **26** | Other deductions (attach statement)   Other Deductions Statement | **26** | 2,468 |
| **27** | **Total deductions.** Add lines 12 through 26 . . . . . . . ▶ | **27** | 13,492 |
| **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | **28** | 1,508 |
| **29a** | Net operating loss deduction (see instructions) . . . . **29a** 1,508 | | |
| **b** | Special deductions (Schedule C, line 24) . . . . . **29b** | | |
| **c** | Add lines 29a and 29b . . . . . . . . . . . . . . | **29c** | 1,508 |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| **30** | **Taxable income.** Subtract line 29c from line 28. See instructions . . . | **30** | 0 |
| **31** | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . | **31** | 0 |
| **32** | Reserved for future use . . . . . . . . . . . . . . | **32** | |
| **33** | Total payments and credits (Schedule J, Part III, line 23) . . . . . | **33** | |
| **34** | Estimated tax penalty. See instructions. Check if Form 2220 is attached . ▶ ☐ | **34** | |
| **35** | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | **35** | |
| **36** | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | **36** | 0 |
| **37** | Enter amount from line 36 you want: **Credited to 2022 estimated tax** ▶               **Refunded** ▶ | **37** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

_____          _____          Sec/Treas.
Signature of officer                                      Date                           Title

May the IRS discuss this return with the preparer shown below? See instructions.  ☐ **Yes**  ☐ **No**

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date 08/03/2022 | Check ☐ if self-employed | PTIN P00052051 |
|---|---|---|---|---|

Firm's name ▶ M. R. GAEBEL                                     Firm's EIN ▶ 16-1163906

Firm's address ▶ PO BOX 69 CARTHAGE NY 13619      Phone no. (315)493-1862

**For Paperwork Reduction Act Notice, see separate instructions.** REV 10/24/22 PRO

Form **1120** (2021)

BAA

Form 1120 (2021)                                                                                          Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . | | | |

Form 1120 (2021)                                                                                                                    Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | | |
|---|---|---|---|---|

**Part I—Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | | |
| 2 | Income tax. See instructions . . . . . . . . . . . . . . . . . | | **2** | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) . . . . . . . . . . | | **3** | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . | | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . | **5a** | | |
| b | Credit from Form 8834 (see instructions) . . . . | **5b** | | |
| c | General business credit (attach Form 3800) . . . | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) . | **5d** | | |
| e | Bond credits from Form 8912 . . . . . . . | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . | | **6** | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . | | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) . | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | **9f** | | |
| g | Other (see instructions—attach statement) . . . | **9g** | | |
| 10 | **Total.** Add lines 9a through 9g . . . . . . . . . . . . . . . | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . | | **11** | 0 |

**Part II—Reserved For Future Use**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use . . . . . . . . . . . . . . . . . | **12** | |

**Part III—Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 13 | 2020 overpayment credited to 2021 . . . . . . . . . . . . . | | **13** | |
| 14 | 2021 estimated tax payments . . . . . . . . . . . . . . . | | **14** | |
| 15 | 2021 refund applied for on Form 4466 . . . . . . . . . . . . | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . | | **16** | |
| 17 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . | | **17** | |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . | | **19** | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 . . . . . . . . . . . . . | **20a** | | |
| b | Form 4136 . . . . . . . . . . . . . | **20b** | | |
| c | Reserved for future use . . . . . . . . . | **20c** | | |
| d | Other (attach statement—see instructions) . . . | **20d** | | |
| 21 | **Total credits.** Add lines 20a through 20d . . . . . . . . . . . . | | **21** | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . | | **22** | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 . | | **23** | |

REV 10/24/22 PRO

Form **1120** (2021)

Form 1120 (2021)                                                                                                                          Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash    **b** ☐ Accrual    **c** ☐ Other (specify) ▶ --------------------------

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 711210

**b** Business activity ▶ Entertainment

**c** Product or service ▶ Service

**3** Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group?    | | | | | | × |

If "Yes," enter name and EIN of the parent corporation ▶ ------------------------------------------------

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)    | × |

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)    | × |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions.    | × |

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions.    | × |

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316    | × |

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock?    | × |

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ ------------------    and **(b)** Owner's country ▶ ------------------

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ ------------------

**8** Check this box if corporation issued publicly offered debt instruments with original issue discount    . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ ------------------

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ ------------------

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.)    . . . . . . . . . . . . . . . . . . . . ▶ $    108,757.

Form 1120 (2021)                                                                                                                Page **5**

| | | Yes | No |
|---|---|---|---|

**Schedule K**    **Other Information** *(continued from page 4)*

| | | Yes | No |
|---|---|:---:|:---:|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . | × | |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? . . . . . . . . . | | × |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . | | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . | | × |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . | | × |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . | | × |
| **20** | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . | | × |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ _____ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . | | × |
| **24** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . | | × |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . | | × |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . ▶ $ | | |
| **26** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . | | × |
| | Percentage: By Vote _____ By Value _____ | | |

REV 10/24/22 PRO                                                        Form **1120** (2021)

Form 1120 (2021)     Page **6**

| **Schedule L** | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash . . . . . . . . . . . | | | | 4,476. |
| **2a** | Trade notes and accounts receivable . . . | | | | |
| **b** | Less allowance for bad debts . . . . | ( | ) | ( | ) |
| **3** | Inventories . . . . . . . . . | | | | |
| **4** | U.S. government obligations . . . . | | | | |
| **5** | Tax-exempt securities (see instructions) . | | | | |
| **6** | Other current assets (attach statement) . . | | | | |
| **7** | Loans to shareholders . . . . . . | | | | |
| **8** | Mortgage and real estate loans . . . . | | | | |
| **9** | Other investments (attach statement) . . | | | | |
| **10a** | Buildings and other depreciable assets . . | | | | |
| **b** | Less accumulated depreciation . . . . | ( | ) | ( | ) |
| **11a** | Depletable assets . . . . . . . | | | | |
| **b** | Less accumulated depletion . . . . . | ( | ) | ( | ) |
| **12** | Land (net of any amortization) . . . . | | | | |
| **13a** | Intangible assets (amortizable only) . . | | | | |
| **b** | Less accumulated amortization . . . . | ( | ) | ( | ) |
| **14** | Other assets (attach statement) . . . . | | | | |
| **15** | Total assets . . . . . . . . . | | | | 4,476. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable . . . . . . . | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) . | | | | |
| **19** | Loans from shareholders . . . . . | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** | Other liabilities (attach statement) . . . | | | | |
| **22** | Capital stock: **a** Preferred stock . . . . | | | | |
| | **b** Common stock . . . | | | | |
| **23** | Additional paid-in capital . . . . . | | | | |
| **24** | Retained earnings—Appropriated (attach statement) | | | | |
| **25** | Retained earnings—Unappropriated . . | | | | |
| **26** | Adjustments to shareholders' equity (attach statement) | | | | 4,476. |
| **27** | Less cost of treasury stock . . . . . | | ( | ) | ( | ) |
| **28** | Total liabilities and shareholders' equity . | | | | 4,476. |

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books . . . . . | | **7** | Income recorded on books this year not included on this return (itemize): | |
| **2** | Federal income tax per books . . . . | | | Tax-exempt interest   $ _____ | |
| **3** | Excess of capital losses over capital gains . | | | _____ | |
| **4** | Income subject to tax not recorded on books this year (itemize): _____ | | **8** | Deductions on this return not charged against book income this year (itemize): | |
| | _____ | | **a** | Depreciation . . $ _____ | |
| **5** | Expenses recorded on books this year not deducted on this return (itemize): | | **b** | Charitable contributions $ _____ | |
| **a** | Depreciation . . . $ _____ | | | _____ | |
| **b** | Charitable contributions $ _____ | | **9** | Add lines 7 and 8 . . . . . . | |
| **c** | Travel and entertainment $ _____ | | **10** | Income (page 1, line 28)—line 6 less line 9 | |
| **6** | Add lines 1 through 5 . . . . . . | | | | |

| **Schedule M-2** | **Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)** |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **1** | Balance at beginning of year . . . . | | **5** | Distributions: **a** Cash . . . . | |
| **2** | Net income (loss) per books . . . . | | | **b** Stock . . . . | |
| **3** | Other increases (itemize): _____ | | | **c** Property . . . | |
| | _____ | | **6** | Other decreases (itemize): _____ | |
| | | | **7** | Add lines 5 and 6 . . . . . . | |
| **4** | Add lines 1, 2, and 3 . . . . . . | | **8** | Balance at end of year (line 4 less line 7) | |